**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-01545-MSK

KAREN NICOLE HERNANDEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of Social Security*

    Defendant.

---

**FINAL JUDGMENT**

---

    The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on January 14, 2016, are incorporated herein by reference.  Consistent therewith it is **ORDERED** that the decision of  the Commissioner is **AFFIRMED.**  Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

    Dated at Denver, Colorado this 15th  Day of January, 2016.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              s/Patricia Glover

                                              Patricia Glover
                                              Deputy Clerk